# IN THE SUPREME COURT OF THE STATE OF NEVADA

GERALD JEROME POLK,
                        Appellant,

vs.

THE STATE OF NEVADA,
                        Respondent.

No. 80161

**FILED**

FEB 04 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order denying a writ of habeas corpus. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on November 27, 2019. Thus, this appeal is premature. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_Gibbons_, J.
Gibbons

_Stiglich_, J.
Stiglich

_Silver_, J.
Silver

cc:   Hon. Michael Villani, District Judge
      Gerald Jerome Polk
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

20-04770